UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TAMI THIBAUDEAU,

    Plaintiff,

v.                                                          Case No. 11-C-420

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

**ORDER**

Plaintiff has filed a civil action in this Court. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

Section 1915 is meant to ensure indigent litigants meaningful access to federal courts. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff is unable to pay the filing fee. Accordingly, the motion to proceed *in forma pauperis* is **GRANTED.**

**SO ORDERED** this 4th day of May, 2011.

                                                         s/ William C. Griesbach
                                                         WILLIAM C. GRIESBACH
                                                         United States District Judge